UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JERALD MARVIN BROOKS,

          Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

          Defendant.

Case No. C13-488-RAJ-BAT

**REPORT AND RECOMMENDATION**

Jerald Marvin Brooks seeks review of the denial of his Supplemental Security Income application. Dkt. 3. The parties stipulate the case should be **REVERSED** and **REMANDED** for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 29.

On remand, the ALJ will:

(1)     Reassess the medical evidence;

(2)     Evaluate any additional medical records;

(3)     Evaluate the claimant's diagnosed post-traumatic stress disorder (PTSD) at step 2 of the sequential evaluation;

(4)     Determine what, if any, additional limitations PTSD causes;

(5)     Reevaluate the claimant's credibility;

(6)     Reevaluate the claimant's residual functional capacity, taking into account all

severe and non-severe impairments; and

(7) Perform a new step five analysis, including obtaining additional vocational expert testimony if necessary, and issue a new decision.

The parties agree that reasonable attorney fees will be awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, upon proper request to the Court.

Because the parties have stipulated the case be remanded as set forth above, the Court recommends United States District Judge Richard A. Jones immediately approve this Report and Recommendation and order the case **REVERSED** and **REMANDED** for further administrative proceedings. A proposed order accompanies this Report and Recommendation.

DATED this 25th day of November, 2013.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge